# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JAMIE B. PACK,                    : Case No. 3:17-cv-97
                                  :
    Plaintiff,          : District Judge Thomas M. Rose
                                  : Magistrate Judge Sharon L. Ovington
vs.                               :
                                  :
NANCY A. BERRYHILL,               :
COMMISSIONER OF SOCIAL            :
SECURITY,                         :
                                  :
    Defendant.          :

---

## DECISION AND ENTRY

---

This case is presently before the Court on the parties' Joint Motion for Remand. (Doc. #11). The parties stipulate and petition this Court to order remand of this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to enter judgment pursuant to Federal Rule of Civil Procedure 58.

Upon remand, the Appeals Council will vacate the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.].

## IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion for Remand (Doc. #11) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: September 26, 2017                              *s/Thomas M. Rose*

                                                          Thomas M. Rose
                                                          United States District Judge