# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| JAMIE B. PACK | ) |
| *Plaintiff* | ) |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| *Defendant* | ) |

Civil Action No.  3:17-cv-97

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment in Plaintiff's favor under Fed. R. Civ. P. 58; REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration
                                                                                                                                                    .

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose _____ on a motion for Decision and Entry

Date:  9/26/17 _____

CLERK OF COURT

*Kaylin Atkinson*

*Signature of Clerk or Deputy*